**Denied and Opinion Filed August 4, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-17-00390-CV
_____

### IN RE CHRISTOPHER L. BAILEY, Relator

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-52967**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Myers

Before the Court is relator's April 18, 2017 petition for writ of mandamus in which relator asks this Court to direct the trial court to rule on his motion for order of release of property. Relator's petition for writ of mandamus was filed in reference to two separate trial court cause numbers and was docketed in this Court as cause numbers 05-17-00389-CV and 05-17-00390-CV. It has come to the Court's attention that the opinion and order denying the petition for writ of mandamus in cause number 05-16-00389-CV on June 21, 2017 did not include cause number 05-17-00390-CV in its caption. This proceeding, therefore, remains pending. We issue this opinion and accompanying order to correct that error and dispose of this proceeding.

On June 1, 2017, the trial court denied relator's motion for order of release of property.

Accordingly, we deny as moot relator's petition for writ of mandamus.

170390F.P05

/s/Lana Myers/
LANA MYERS
JUSTICE